UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

TIM JACKSON,                )
                            )
         Petitioner,        )
v.                          )   No. 1:06-cv-1204-DFH-WTL
                            )
STANLEY KNIGHT,             )
                            )
         Respondent.        )

**JUDGMENT**

The court, having this day made its Entry,

**IT IS THEREFORE ADJUDGED** that the petitioner take nothing by his petition for a writ of habeas corpus and this action is **dismissed with prejudice.**

_____
DAVID F. HAMILTON, Judge
United States District Court

Date: 4/3/2007

Laura Briggs, Clerk
United States District Court

By: Deputy Clerk

Distribution:

Tim Jackson
DOC #860643
Wabash Valley Correctional Facility
P.O. Box 1111
Carlisle, IN 47838-1111

Stephanie Lynn Rothenberg
INDIANA STATE ATTORNEY GENERAL
Stephanie.Rothenberg@atg.in.gov